```
                        United States Bankruptcy Court
                          Southern District of Florida
In re:                                                     Case No. 15-27703-RAM
Clemencia Charles                                          Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113C-1          User: rodriguez          Page 1 of 1          Date Rcvd: Jan 19, 2016
                              Form ID: pdf004          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2016.
db             +Clemencia Charles,    8500 Biscayne Boulevard,    Lot R-1119,    Miami, FL 33138-3680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2016 at the address(es) listed below:
              Evian L White    on behalf of Debtor Clemencia  Charles ewhite@legalservicesmiami.org,
               SFreire@legalservicesmiami.org;pleadings@legalservicesmiami.org
              Nancy K. Neidich     e2c8f01@ch13herkert.com,    ecf2@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Timothy S Kingcade, Esq    on behalf of Creditor    Wealthy Delight, LLC.
               scanner@miamibankruptcy.com,    kingcadeserve@bellsouth.net
                                                                                             TOTAL: 4



ORDERED in the Southern District of Florida on January 15, 2016.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 15-27703-BKC-RAM
PROCEEDING UNDER CHAPTER 13

IN RE:

CLEMENCIA CHARLES

DEBTOR_____/

### ORDER CONTINUING CONFIRMATION HEARING AND MAKING ALL DEBTOR PAYMENTS NON-REFUNDABLE

**THIS CASE** came to be heard on January 12, 2016 upon the Confirmation Hearing of the Chapter 13 Case, and based on the record, it is

**ORDERED as follows**:

1. The Confirmation Hearing is continued to **February 9, 2016** at **1:35 pm** in **Courtroom 4** at **UNITED STATES BANKRUPTCY COURT, C. CLYDE ATKINS UNITED STATES COURTHOUSE, 301 NORTH MIAMI AVENUE, MIAMI, FL 33128**.

2. The Debtor is hereby ordered to make interim payments to the Chapter 13 Trustee in accordance with the proposed Chapter 13 Plan.

3. All interim payments which have been made or shall be made to the Chapter 13 Trustee shall be non-refundable.  The Trustee is hereby authorized to disburse such funds in accordance with the proposed Plan, less all applicable Trustee's fees and costs on each such disbursement.

4. If confirmation of the Chapter 13 Plan is denied and the case dismissed or converted, the Chapter 13 Trustee shall disburse any and all interim payments to the administrative, priority and secured creditors on a pro rata basis, in conformance with the last filed Plan, less any and all fees and costs.

###

**ORDER SUBMITTED BY:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**COPIES FURNISHED TO:**

**DEBTOR**
CLEMENCIA CHARLES
8500 BISCAYNE BOULEVARD
LOT R-1119
MIAMI, FL  33138

**ATTORNEY FOR DEBTOR**
EVIAN L. WHITE, ESQUIRE
3000 BISCAYNE BLVD #500
MIAMI, FL  33137